BISON STATE BANK v. BILLINGTON et al.

(Circuit Court of Appeals, Fifth Circuit. December 1, 1913.)

No. 2,518.

COURTS (§ 312*)—JURISDICTION OF FEDERAL COURTS—SUIT BY ASSIGNEE.

In an action in a federal court by an assignee on a promissory note, the record must affirmatively show that the assignor might have prosecuted an action thereon in the same court, to give the court jurisdiction under Judicial Code (Act March 3, 1911, c. 231) § 24, par. 1, 36 Stat. 1091 (U. S. Comp. St. Supp. 1911, p. 135).

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 865–875; Dec. Dig. § 312.*

Diverse citizenship as a ground of federal jurisdiction, see notes to Shipp v. Williams, 10 C. C. A. 249; Mason v. Dullagham, 27 C. C. A. 298.]

In Error to the District Court of the United States for the Northern District of Texas; E. R. Meek, Judge.

Action at law by the Bison State Bank against B. J. Billington and others. Judgment for defendants, and plaintiff brings error. Reversed.

A. H. Kirby and Theodore Mack, of Ft. Worth, Tex., for plaintiff in error.

John M. Wagstaff, of Abilene, Tex., for defendants in error.

Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. This is a suit by an assignee to recover on two promissory notes payable to the order of one W. F. Thero. The record shows that the plaintiff is a citizen of the state of Kansas and the defendants are citizens of the Northern district of Texas; but we find neither allegation nor proof as to the citizenship of the assignor, W. F. Thero.

As the record fails to show that the assignor, the payee of the notes, could himself prosecute a suit in the District Court of the Northern district of Texas to recover on said notes, if no assignment had been made, that court was without jurisdiction to render judgment. See Judicial Code, § 24, par. 1.

The judgment of the court below must be reversed, and the cause remanded, with instruction to dismiss the action, unless, by proper amendment made in due season, the jurisdiction of the court is properly made to appear; and it is so ordered, the costs of this court to be paid by the plaintiff below.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes